**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **NO. 21-MJ-642** |
| | : | |
| **JOCELYN DOR,** | : | |
| **Defendant.** | : | |

**MOTION FOR EMERGENCY STAY AND**
**FOR REVIEW OF RELEASE ORDER**

The United States of America, by and through its attorney, the United States Attorney

for the District of Columbia, respectfully moves this Court to, first, stay defendant Jocelyn Dor's

release pending trial, and second, review the decision by the Magistrate Judge from the Central

District of Florida to deny the government's motion for pre-trial detention. In support thereof,

the government states the following:

I.    **BACKGROUND**

A.    **Procedural Posture**

On November 8, 2021, the defendant self-surrendered on an arrest warrant issued on

October 31, 2021 by the United States District Court for the District of Columbia in connection

with a Criminal Complaint charging the defendant with violations of 18 U.S.C. § 371 (Conspiracy

to Violate the Export Control Reform Act ("ECRA"), 50 U.S.C. § 4819); 50 U.S.C. § 4819

(ECRA); and 18 U.S.C. § 554(a) (Smuggling).

At his initial appearance in the Central District of Florida the government made a motion

to detain the defendant without bond pending trial. The defendant is subject to detention pursuant

to 18 U.S.C. § 3142(f)(1)(E), which provides for detention in felony cases involving a dangerous

weapon. On November 12, 2021, the presiding magistrate judge denied the government's

1

detention motion and issued an order releasing the defendant with certain conditions. Following this, the government orally moved to stay the defendant's release pending a motion for review by the government. The magistrate judge granted that request and gave the government until November 15, 2021 at 3:00 PM (ET) to file its motion.

**B.    Statement of Facts**

*Background on 400 Mawozo and Haiti Kidnappings*

400 Mawozo is a Haitian gang and criminal organization that operated in the Croix-des-Bouquets area to the east of Port-au-Prince, Haiti. Since at least June 2021, the Federal Bureau of Investigation ("FBI") has been investigating a series of kidnappings of U.S. citizens in Haiti by 400 Mawozo, during which the U.S. citizens have been held for ransom. In these kidnappings, the victims have generally been forced from their vehicles at gun point and kept in various locations by armed gang members while their relatives negotiate payment for their release.

On or about October 16, 2021, at approximately 1:00 PM (ET), sixteen U.S. citizens were kidnapped near Port au Prince, Haiti, including five children, one as young as eight months old. The victims were part of a missionary organization and had been taking a bus to visit a local orphanage. While returning therefrom, the kidnappers forced at gunpoint the group's bus driver to stop and took control of the bus and its occupants.

On or about October 16, 2021, a representative of the missionary organization received a phone call from an individual claiming to be the leader of the kidnappers. The individual stated that he had the victims and was holding them for ransom of $l million each. The individual told the representative that he would be in touch regarding next steps.

On or about October 18, 2021, Haitian social media began to share reporting that a specific gang, 400 Mawozo, had taken credit for the kidnapping and was making publicly known the

ransom demand. On or about October 22, 2021, a Facebook video post showed Individual 2 at a local funeral for killed gang members stating that he intended to kill the Americans if he did not receive his money. As of the date of this filing, the hostage takers have had several ransom calls with a representative of the missionary organization. The hostage takers have not released any of the victims.

### *The Conspirators*

Coconspirator 1 is a Haitian national and a member of 400 Mawozo. Coconspirator 1 is incarcerated, but still serves as a leader of the organization in Haiti and directs operations from prison using an unmonitored cellular phone. Coconspirator 1 is well known in Haiti, and has been mentioned in various U.S.-based newspaper articles regarding the gang and its kidnappings.

Individual 2 is a Haitian national and a member of 400 Mawozo. Individual 2 serves as a leader of the organization in Haiti. Individual 2 has appeared on videos posted on social media, stated his name, and declared himself as the leader of 400 Mawozo, including videos posted on social media sites YouTube and Facebook on or about October 22, 2021. Individual 2 has given video recorded statements to the Haitian press in which he claims to be the leader of 400 Mawozo, including in videos posted by press organizations on or about April 13, 2020, and September 6, 2021. Individual 2 is well known in Haiti, and has been mentioned in various U.S.-based newspaper articles regarding the gang and its kidnappings.

ELIANDE TUNIS is a U.S. citizen, born in Haiti, who resides in Florida and is a member of 400 Mawozo. As described further herein, TUNIS and her coconspirators obtained weapons and ammunition in the United States and sent the same to 400 Mawozo members in Haiti. In order to achieve the scheme, among other things, TUNIS used straw purchasers, falsified ATF paperwork, and smuggled and concealed the weapons and ammunition in shipping containers.

TUNIS has pledged her allegiance to 400 Mawozo on prior occasions. TUNIS was charged by Complaint for the crimes discussed herein on October 31, 2021 (21-MJ-643 (DDC)).

JOCELYN DOR is a Haitian citizen, who resides in Florida. DOR holds a Florida concealed carry ("CCW") permit, and the five-day waiting period to possess a firearm is inapplicable to DOR. DOR was charged by Complaint for the crimes discussed herein on October 31, 2021 (21-MJ-643 (DDC)).

WALDER ST. LOUIS is a Haitian citizen, who resides in Florida. ST. LOUIS  holds a Florida CCW permit, and the five-day waiting period to possess a firearm is inapplicable to ST. LOUIS. ST. LOUIS was charged by Complaint for the crimes discussed herein on October 31, 2021 (21-MJ-643 (DDC)).

### *The Conspiracy*

Beginning at least on or about September 24, 2021, and continuing until at least October 31, 2021, TUNIS, Coconspirator 1, DOR, ST. LOUIS, and others known and unknown, in an offense begun and committed in Haiti, and continued within the District of Columbia and elsewhere, knowingly combined, conspired, confederated, and agreed together and with each other to commit a crime against the United States and its agency, Department of Commerce ("DOC"), to wit to export and cause the exportation of goods from the United States to Haiti without having first obtained the required licenses from DOC, located in the District of Columbia, in violation of 50 U.S.C. § 4819 (ECRA).

It was part and a goal of the conspiracy to acquire U.S.-origin goods, specifically firearms and ammunition, from the United States to supply to members of the 400 Mawozo gang in Haiti; to conceal from United States licensed firearm dealers and, in turn from the United States government and its agency, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"),

that the U.S.-origin goods were destined for Haiti so as to avoid penalties and disruption of the illegal activity; to frustrate the laws and regulations of the United States; and to evade the prohibitions and licensing requirements of ECRA. The conspiracy was effected in and by the following manners and means, among others:

A.     According to call data records, TUNIS (using a cellular telephone with the number ending in *3447) regularly contacted numbers utilized by Coconspirator 1 (ending in *5752) and Individual 2 (ending in *3589).

B.     According to messages found on TUNIS's phone, in combination with call data records, TUNIS obtained specifications for weapons and ammunition that Coconspirator 1 wanted to be sent to Haiti for use by 400 Mawozo. According to Coconspirator 1, s/he was directed by Individual 2 as to what weapons 400 Mawozo needed.

C.     According to messages found on TUNIS's phone, in combination with call data records, TUNIS purchased, or instructed DOR and ST. LOUIS to purchase, weapons and ammunition for the gang.

i.   For instance, on or about October 5, 2021, TUNIS and DOR exchanged a series of WhatsApp text and audio messages while DOR was shopping for firearms and ammunition in a gun store in Orlando, Florida. During these conversations TUNIS frequently coached DOR about what firearms to purchase. DOR became concerned because the gun store clerk suspected he was buying firearms for another person and told TUNIS to stop calling him.

ii.   Similarly, on or about October 6, 2021, TUNIS forwarded to ST.
LOUIS an audio message via WhatsApp, in which Coconspirator 1 was
admonishing ST. LOUIS for his failure to follow Coconspirator 1's
instructions to purchase firearms and was praising DOR for quickly
following similar orders. Upon hearing the message, ST. LOUIS
responded, "I'm not going to pick the stuff (firearms) with that tone. But
don't worry. I'll fix it."

D.      As described further herein, TUNIS, DOR, and ST. LOUIS did purchase
firearms, as directed, at least ten of which were purchased by DOR. DOR's purchased
included high-capacity, semi-automatic rifles.

E.      TUNIS, DOR, and ST. LOUIS filled out false ATF forms stating that they
were the "actual buyers" of the firearms and that they were not buying the firearms for
another person, when in fact, they intended to ship and did ship the firearms to Haiti for
use by 400 Mawozo.

F.      TUNIS, DOR, and ST. LOUIS shipped, caused the firearms to be shipped,
or attempted the same, to Haiti, in part by smuggling the weapons. Specifically, the
weapons were wrapped in various packaging, stored in barrel drums, and covered with
various household items to disguise the shipment.

G.      In order to fund this conspiracy, TUNIS fraudulently obtained money from
V-1, an elderly individual for whom TUNIS worked, and caused the same to be wired to
TUNIS'S bank account.

*Exported Items Subject to the CCL*

TUNIS, DOR, and ST. LOUIS purchased and attempted to purchase U.S.-origin goods, including firearms and ammunition, from several companies, for export to Haiti and for use of 400 Mawozo Coconspirator 1, Individual 2, and others known and unknown, including the items listed below.

As relevant here, all of the items listed below have been classified by DOC under ECCN 0A501.a and are subject to the EAR. Items under this ECCN are controlled for National Security, Regional Stability, and Firearms Convention reasons. According to a DOC senior licensing officer, export of these weapons from the United States to Haiti requires an export license issued by DOC. A search of DOC licensing information using the names of the individuals involved in these transactions failed to identify any valid export license(s) for these transactions.

### A.    SPRINGFIELD ARMORY M1A RIFLE

On or about September 27, 2021, DOR sent to TUNIS two screen shots of weapons from a sporting goods store website depicting a Springfield M1A National Match Rifle, Springfield M1A SOCCOM 16 inch Close Quarter Battle Rifle, and a Springfield Armory M1A Scout Squad rifle. On or about October 4, 2021, TUNIS sent Coconspirator 1 a text message saying "I got the bullets" and then sent Coconspirator 1 a photograph of a Springfield M1A.

According to firearm store and ATF records, on or about October 6, 2021, DOR purchased a Springfield Armory rifle (serial number ("SN") 464977) for $2,555.99, from a licensed firearms dealer in Florida.

### B.    BARRRETT FIFTY CALIBER RIFLE

On or about October 4, 2021, DOR sent TUNIS a video apparently taken at a firearms dealer, showing a Barrett 82A1 .50 caliber rifle, which your affiant knows from publicly available

information that such rifles typically cost between $10,000 to $15,000. In the video, DOR zoomed in to show TUNIS multiple parts of the firearm and the respective .50 caliber ammunition in the display case.

According to phone records for a phone number believed to be associated with Coconspirator 1 and the phone number used by TUNIS, on or about October 4, 2021, Coconspirator 1 and TUNIS had an 86-minute phone call. Approximately one minute after the phone call began, Coconspirator 1 placed a call to DOR that lasted approximately 46 minutes. The timing of the calls likely indicates that there was a three-way call between Coconspirator 1, DOR, and TUNIS.

Also on or about October 4, 2021, TUNIS deposited a $30,000 check into her TD bank account that ended in 9870. On or about October 5, 2021, TUNIS conducted a series of financial transactions that resulted in a wire transfer of $15,000 to an account at a Fifth Third Bank account number ending in *6301, which your affiant believes to be associated with DOR based on records from the payment app Zelle. Also on or about October 5, 2021, TUNIS sent DOR a WhatsApp message with a receipt of the wire transfer. Also on or about October 5, 2021, DOR sent TUNIS an audio message acknowledging receipt of the money transfer.

According to firearm store and ATF records, on or about October 6, 2021, DOR purchased a Barrett rifle (SN #AA012733) for $11,79.99, from a licensed firearms dealer in Florida.

Also on or about October 6, 2021, TUNIS sent DOR an audio message (in Creole) to discuss the specialized ammunition used for the Barrett rifle.

> **TUNIS:** "What's going on?  I'm anxious. My heart is beating fast."
>
> **DOR:** "For the small one, the type of ammo it takes is the 308. I don't know if you want some of that. For the powerful one, they won't sell me ammo because they haven't tested it. I want those bullets. When you shoot, they're like bombs. They make so much damage. It's so powerful it catches fire like a bomb…I'm going to

try to convince him to sell me them. If he will sell me them, he told me to buy 10, but I would only buy five."

Based on my training and experience, I assess that when DOR uses the term "308," he is likely referring to the caliber of the rifle. I also assess that when DOR used the term "powerful one," he is likely referring to the ammunition used for a .50 caliber rifle, in this case the Barrett rifle as compared to a smaller caliber such as the .308 caliber. Based on the context of this conversation in the entirety of the conspiracy, I assess that when DOR states "if he will sell me them," he is referring to the store clerk, and when DOR stated "he told me to buy 10," s/he is likely referring to Coconspirator 1. Other text and voice messages obtained in the course of the investigation show that Coconspirator 1 often placed "orders" regarding various weapons and ammunition.

According to location information for TUNIS's cellular phone, on or about October 7, 2021, TUNIS's phone was located at longitude/latitude coordinates that correspond to the known location for DOR's residence in Orlando, Florida. Later that same day, TUNIS's phone was located at longitude/latitude coordinates corresponding with Boca Raton, Florida. Your affiant believes the above movement is consistent with TUNIS obtaining the firearm from DOR and returning with it to South Florida.

### C.    TWO CENTURY ARMS RIFLES AND A PALMETTO ARMS PISTOL

On or about October 6, 2021, TUNIS sent a text message to ST. LOUIS, directing ST. LOUIS to purchase two AK-47s and one AR-15 firearm from "Patrick," last name unknown, who your affiant believes to be associated with a pawn shop in Miami, Florida.

Also on or about October 6, 2021, approximately five hours after the above text message was sent, ST. LOUIS sent to TUNIS four pictures of firearms from what appears to be the inside

of the aforementioned pawn shop, a licensed firearm dealer, based on my review of open source information about the shop.

According to receipts from the pawn shop and ATF records, also on October 6, 2021, ST. LOUIS purchased the following weapons:

     i.     Century Arms 7.62 caliber VSKA (SN SV7034765) for $1,074.77;

     ii.     Century Arms WASR-10 7.62 caliber (SN 19222511RO) for $841.12; and

     iii.     Palmetto Arms PA-15 caliber 5.56 (SN SCD617477) for $747.66.

On or about October 10, 2021, ST. LOUIS sent to TUNIS a photograph of a single receipt from the pawn shop in the amount of $2,855. On or about October 11, 2021, TUNIS sent to ST. LOUIS a photograph of a Western Union receipt from Haiti showing that $2,500 was wired to ST. LOUIS's account.

On or about October 11, 2021, approximately 55 minutes after the transmission of the photograph message referenced in paragraph 39, ST. LOUIS sent an audio message to TUNIS stating, "I sent two barrels and I have other firearms inside of it. They sent the barrels for $400 dollars…the barrels went to Laboule 16." Based on my knowledge of the investigation, "Laboule 16" refers to a location south of Port au Prince.

### D.   RUGER PISTOL

On or about October 10, 2021, TUNIS sent a picture of a Ruger pistol to Coconspirator 1. Thereafter, also on or about October 10, 2021, Coconspirator 1 and TUNIS exchanged the following WhatsApp audio and text messages (in Creole):

**Coconspirator 1:** "Is it on the butt of the firearm or the butt of the bullet?  I got the firearm,      but I need the bullets. I saw the firearm on a social media platform. If you have the firearm, then I need to have that bullet for the firearm. Please send me the video."

**TUNIS:** "On the butt of the bullet, baby"

**Coconspirator 1:** (responding now via text message) "5.7 X 28 Ruger 57 Prescott az U S A Ruger 57"

Also on or about October 10, 2021, TUNIS had the following text and audio file exchange via WhatsApp with Individual 3, a contact in her phone and an owner of a security company. (Individual 3 is a Haitian-born, legal permanent resident of the United States.)

    i.    TUNIS sent the picture of a Ruger pistol to Individual 3.

    ii.    In response, TUNIS and Individual 3 exchanged text messages in which TUNIS requested Individual 3 purchase the Ruger and ammunition for the handgun.

    iii.    Individual 3 responded via audio message (in Creole) to TUNIS saying, "Are you crazy?" Individual 3 then sent a text message (in English) to TUNIS, stating, "Sorry to informed [sic] you due to my reputation and pass deportations stories I won't be able to help you with anything of your demanding. Once again my apologies on that but do not tell him because my life might in dangerous."

    iv.    TUNIS replied by text message via WhatsApp, stating, "No problem," and that she would receive the money to make the purchase instead.

    v.    Individual 3 replied by text message via WhatsApp, expressing concern that the DCPJ [Directorate of the Judicial Police in Haiti] "talk a lot."

    vi.    TUNIS replied by text message (in Creole) via WhatsApp, telling Individual 3 to "relax" because she would take care of it.

According to ATF records, on or about October 14, 2021, TUNIS purchased a Ruger 5.7 serial number 64332404, at a pawn and gun store in Pompano Beach, Florida, for an unknown amount.

Also on or about October 14, 2021, TUNIS sent Coconspirator 1 a text message via WhatsApp stating that "the other gun will come on Tuesday." TUNIS further explained by text message that the gun was like the one that Coconspirator 1 had previously acquired in Haiti and like the one that was in the picture Coconspirator 1 had previously sent to TUNIS. TUNIS sent an audio message (in Creole) via WhatsApp in which she explained to Coconspirator 1 that the gun has the "pointy bullets" and (in Creole) "it's the Ruger."[1]

### Knowledge of Export Requirements

TUNIS, DOR, and ST. LOUIS all knew that a license or permission was required to ship the firearms that they were purchasing to Haiti. ATF requires that Form 4473, Firearms Transaction Record, must be filled out as a condition of sale. Form 4473 states in part:

> WARNING: The information you provide will be used to determine whether you are prohibited by Federal or State law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

On or about the following dates, TUNIS, Dor, and ST. LOUIS  filled out Form 4473 in order to purchase firearms with the aforementioned language, and thus were aware that such firearms may not be exported without proper authorization from the U.S. government.

| Date of Form | Buyer | Location of Dealer |
|---|---|---|
| 3/23/2020 | TUNIS | Pompano Beach, FL |
| 12/15/2020 | TUNIS | Pompano Beach, FL |
| 3/13/2021 | ST. LOUIS | Miami, FL |
| 3/13/2021 | TUNIS | Miami, FL |
| 4/17/2021 | TUNIS | Miami, FL |
| 9/21/2021 | ST. LOUIS | Miami, FL |
| 10/1/2021 | DOR | Orlando, FL |
| 10/6/2021 | DOR | Orlando, FL |

---

[1]     Information from the dealer indicates that this pistol has not yet been picked up by TUNIS.

| 10/6/2021 | ST. LOUIS | Miami, FL |
|---|---|---|
| 10/11/2021 | TUNIS | Pompano Beach, FL |
| 10/14/2021 | TUNIS | Pompano Beach, FL |

Additionally, Form 4473 asks in Question 21(a):

Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.**

Also on or about the dates listed above, TUNIS, DOR, and ST. LOUIS answered "Yes" to question 21(a), and thus knowingly submitted false information to the licensed firearm dealer and ATF.

### *Evidence of Exportation and Smuggling*

The coconspirators engaged in exporting firearms to Haiti by means of smuggling on or about at least October 9, October 11, and October 19, 2021, or attempting to do the same.

**A.    October 9, 2021 Shipment**

On or about October 5, 2021, DOR sent TUNIS an audio message via WhatsApp in which DOR stated how a particular rifle can be broken down for shipment.

On or about October 9, 2021, TUNIS prepared and sent a shipment of firearms to Haiti. Based on my review of photographs from TUNIS's phone, TUNIS wrapped the firearms in garbage bags, loaded them into large multi-gallon drums/barrels, and then covered the firearms with various products such as clothes, shoes, and Gatorade. Relevant to this shipment, TUNIS took the following photographs of a such a shipment on or about October 9, 2021:

  i.  2:17 PM: Blue barrel with firearms inside wrapped in garbage bags

  ii.  3:09 PM: Blue barrel with blue and pink backpack inside, with TUNIS's hand pointing to where the firearm is hidden

  iii.  3:20 PM: Blue barrel with sheet covering contents

    iv.    3:24 PM: Two blue barrels covered with lids

    v.    4:14 PM: Blue barrel with firearms inside wrapped in garbage bags

**B.**    **October 11, 2021 Shipment**

As previously described, on or about October 11, 2021, ST. LOUIS sent an audio message via WhatsApp to TUNIS stating, "I sent two barrels and I have other firearms inside of it. They sent the barrels for $400 dollars…the barrels went to Laboule 16." Based on my knowledge of the investigation, "Laboule 16" refers to a location south of Port au Prince. As previously described, ST. LOUIS purchased firearms on or about October 6, 2021.

**C.**    **October 19, 2021 Shipment**

According to location data stored on TUNIS's phone, on or about October 18, 2021, at approximately 9:00 AM (ET), TUNIS's phone was located at the longitude/latitude coordinates 25,881654, -80.219501, which correspond to the location of ST. LOUIS's address, and is consistent with TUNIS obtaining items for shipment from ST. LOUIS.

As previously described, based on my review of photographs from TUNIS's phone, TUNIS wrapped the firearms in garbage bags, loaded them into large multi-gallon plastic barrels, and then covered the firearms with various products such as clothes, shoes, and Gatorade. Relevant to this shipment, TUNIS took the following photographs of a such a shipment on or about October 19-20, 2021:

    i.    October 19, 2021 (11:07 AM): Blue barrel with firearms wrapped in garbage bags

    ii.    October 19, 2021 (11:07 AM): Blue barrel with firearms wrapped in garbage bags

    iii.    October 19, 2021 (11:09 AM): Blue barrel with firearms wrapped in garbage bags

    iv.    October 20, 2021 (12:00 AM): Multiple blue barrels covered in packing wrap

Also found on TUNIS's phone was the stored contact information for "[First name] Bwat," with a phone number ending in *8097. Your affiant notes that, in Creole, "Bwat" translates to box, more specifically shipping box.  On or about October 18, 2021, TUNIS's phone had a 9 minute phone call with this contact. On or about October 19, 2021 TUNIS's phone had a 5 minute phone call with this contact. On or about October 20, 2021, TUNIS's phone had a 4 minute phone call with this contact. Also on or about October 20, 2021, "Bwat's" phone placed a 1 minute and 14 second phone call to TUNIS. Your affiant submits that these phone calls are consistent with the shipment to Haiti that occurred, or was attempted, on or about October 19, 2021.

According to public information, the phone number for "Bwat" (ending in *8097), is associated with a furniture company located in Pompano Beach, Florida, which is owned and operated by Individual 4. Individual 4 is a Haitian born, U.S. citizen. Individual 4 has a Florida registration for a box truck and cargo vans. Your affiant notes that in some of TUNIS's pictures of barrels being sent to Haiti, there are displayed couches and other furniture being loaded into a white box truck, which is consistent with TUNIS using Individual 4 to ship the firearms to Haiti.

Also on or about October 19, 2021, TUNIS sent a WhatsApp audio message to Coconspirator 1 saying the person picking up the shipment complained to TUNIS that the barrels were heavy. TUNIS stated to Coconspirator 1 that she told the shipper it was filled with rice. The shipper said rice is not that heavy, but TUNIS convinced the shipper to take the barrels anyway.

### *Coconspirator's Actions Following Knowledge of the Criminal Investigation*

On or about October 25, 2021, TUNIS returned to the United States from Haiti. At the Fort Lauderdale airport, she was interviewed by agents from the Department of Homeland Security and the FBI.

On October 30, 2021, in a consensual interview with the FBI, TUNIS told FBI agents that after she met with the FBI on October 25, 2021, TUNIS called DOR to tell him that "shit was getting real" and that DOR needed to come to pick up his "stuff." TUNIS clarified to the agents that she was referring to rifles that she had previously picked up from DOR at his house in Orlando for the purposes of shipping to Haiti. TUNIS further told FBI agents that on or about October 26, 2021, DOR came to TUNIS's house and took the rifles he had purchased from TUNIS's backyard, where TUNIS had stored them.

According to call data records, on or about October 27, 2021, DOR made six unsuccessful calls to a number ending in *5735, and on or about October 28, 2021, DOR made three unsuccessful calls to the same number, none of which were routed through. This phone number is one digit off from the phone number for ST. LOUIS.

TUNIS further stated that on or about October 28, 2021, ST. LOUIS came to TUNIS's house and took possession of the firearms he had purchased.

On or about October 31, 2021, in a consensual interview with FBI, ST. LOUIS told FBI agents that on or about October 28, 2021, TUNIS instructed ST. LOUIS to go to TUNIS's relative's residence to pick up ammunition. ST. LOUIS further reported that when he arrived at the relative's residence. he observed 6 long guns/rifles laying in a suitcase, 10-11 long guns/rifles, and approximately 10 bags of ammunition. These items were displayed in the living room of the apartment. ST. LOUIS retrieved one of the bags of ammunition.

According to call data records, also on or about October 28, 2021, at approximately 8:45 PM and 9:12 PM (ET), the relative placed two calls to DOR, the latter being approximately nine minutes in length. These calls to DOR were the only calls from the relative in the prior two-month time period.

16

According to bank records, on or about October 29, 2021, DOR sent the relative a $200 wire payment via Zelle. Thereafter, according to call data records, between October 29, 2021, until October 31, 2021, DOR called the relative approximately 19 times and sent 2 text messages, and the relative called DOR approximately 11 times and sent 2 text messages. DOR and the relative spent approximately 47 minutes on the phone during this two-day period.

On or about October 31, 2021, in anticipation of the execution of the arrest warrant, the FBI went to DOR's house, but saw no sign of DOR or his known vehicles. At approximately 6:37 PM (ET), DOR's roommate called DOR in the presence of an FBI Special Agent and informed DOR that law enforcement were at the house "because of" DOR, that DOR was in trouble, and that he needed to return and get an attorney. The roommate told the FBI that DOR was a truck driver and often out of town.

On or about November 1, 2021, the relative called DOR approximately five times. For three of those calls, the calls were routed to DOR's voicemail. On the evening of November 1, 2021, DOR retrieved his voicemails and spent approximately 7 minutes listening to the same, which was the only call DOR made between when he received the call from his roommate and when he surrendered on November 8, 2021.

Between November 1, 2021, and November 8, 2021, DOR turned off his cellular phone and his whereabouts were unknown to the FBI despite numerous and extensive attempts to locate him.

**C.     Order for Release**

After an initial appearance and scheduled detention hearing in the Central District of Florida on November 9, 2021, the detention hearing was continued until November 12 at the defendant's request as the defendant's witnesses did not appear for the detention hearing. On

November 12, 2021, the presiding magistrate judge issued an Order of Release for the defendant with certain conditions. On that same day, the United States orally sought a stay of the Order pending this Motion for Review. The magistrate judge granted that request and gave the government until November 15, 2021 at 3:00 PM (ET) to file its motion.

III.   **ARGUMENT**

Title 18, U.S.C. § 3145(a) states:

**(a) Review of a release order –** If a person is ordered released by a magistrate, …

> (1) the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release . . .

The motion shall be determined promptly.

On the government's motion to review a release order, this Court considers *de novo* the Magistrate Judge's denial of pre-trial detention. In its discretion, the Court may proceed to rehear the evidence by recalling the witnesses, reviewing transcripts, or by proceeding through proffer and argument. It may take additional evidence from new witnesses or consider arguments not previously raised. In short, the Court may proceed as best enables it to resolve the question posed:  whether any condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community. As the legislative history of the 1984 Bail Reform Act amendments shows:

> [T]he language referring to the safety of the community refers to the danger that the defendant might engage in criminal activity to the detriment of the community. The committee intends that the concern about safety be given a broader construction than merely danger of harm involving violence. . . .

*See* S.Rep. No. 225, 98th Cong., 2d Sess. 307, reprinted in 1984 U.S. Code Cong. & Ad. News

3182, 3195-3196.[2]

The defendant is subject to detention pursuant to 18 U.S.C. § 3142(f)(1)(E) because he is charged with a felony involving a dangerous weapon. In this case, that offense is the illegal exportation and smuggling of firearms including semi-automatic high capacity rifles (at least ten of which were purchased by the defendant), for the supply of a criminal gang in Haiti, that has repeatedly held and is now holding U.S. citizens hostage for ransom. The government further asserts that the investigation has recently revealed additional facts, not available at the time of the detention hearing before the Central District of Florida magistrate, that further inculpate the defendant, show that he learned of the FBI's investigation on or about October 26, 2021, from TUNIS, and show that he took actions along with TUNIS's relative to hide the firearms and avoid detection. The government submits that the facts, as alleged in this motion and as further explained at any hearing and in any detention memorandum, show that the

---

[2] To that end, it is worthwhile recalling Congress' intent in 1984 when it enacted the current version of the Bail Reform Act:

> Many of the changes in the Bail Reform Act reflect the . . . determination that Federal bail laws must . . . give the courts adequate authority to make release decisions that give appropriate recognition to the danger a person may pose to others if released. . . . The constraints of the Bail Reform Act fail to grant the Courts the authority to impose conditions of release geared toward assuring community safety, or the authority to deny release to those defendants who pose an especially grave risk to the safety of the community. . . . *This broad base of support for giving judges the authority to weigh risks to community safety in pretrial release decisions is a reflection of the deep public concern, which the Committee shares, about the growing problem of crimes committed by persons on release.*

*See* S. Rep. No. 225, 98th Cong., 2d Sess. 307, reprinted in 1984 U.S. Code Cong. & Ad. News 3182, 3486-3487. (Emphasis added.)

defendant is a danger to the community and a risk of flight and should be detained pending trial in this matter. Specifically, the government notes that the defendant (1) is not a US citizen and (2) at least initially, ran when he learned of the investigation, supporting that the defendant is a risk of flight risk, 18 U.S.C. § 3142(f)(2)(A), and further that the defendant (3) attempted to hide the firearms upon learning of the FBI's investigation, supporting that there is a serious risk that defendant will obstruct or attempt to obstruct justice, *id.* § 3142(f)(2)(B).

Consequently, the government requests review of the magistrate judge's decision to release the defendant and seeks a further stay of the order from this Court.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: /s/ Karen P. W. Seifert
    KAREN P. W. SEIFERT
    ASSISTANT UNITED STATES ATTORNEY
    N.Y. Bar No. 4742342
    National Security Section
    United States Attorney's Office
    555 Fourth Street, N.W.
    Washington, D.C.  20530
    (202) 252-7527
    karen.seifert@usdoj.gov